IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UMG RECORDINGS, et al., | ) | 8:05CV302 - JFB -TDT |
| Plaintiffs, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| SANDRA GOSSETT, | ) | |
| Defendant. | ) | |
| ARRISTA RECORDS, LLC., et al., | ) | 8:05CV303 - LES-TDT |
| Plaintiffs, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| LAURIE MITCHELL, | ) | |
| Defendant. | ) | |
| SONY BMG MUSIC ENTERTAINMENT, et al., | ) | 4:05CV3151 - DLP |
| Plaintiffs, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| MATTHEW EPPENBACH, | ) | |
| Defendant. | ) | |

It has come to this court's attention that these cases are related to *Interscope Records, et al., v. Davies,* Case No. 8:05CV301, which is assigned to District Judge Laurie Smith Camp and Magistrate Judge F.A. Gossett. Therefore, in the interest of judicial economy, the above cases are reassigned to Judge Smith Camp for disposition and to Judge Gossett for judicial supervision and pretrial matters.

SO ORDERED.

DATED this 26th day of July, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge