# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UMG RECORDINGS, et al.,**     )<br>                                                           )<br>                     **Plaintiffs,**     )<br>                                                           )<br>             v.                                       )<br>                                                           )<br>**SANDRA GOSSETT,**                )<br>                                                           )<br>                     **Defendant.**     )<br>                                                           ) | **8:05CV302**<br><br>**ORDER** |

       The "Notice of Withdrawal" (#16) filed by Wendell F. Cowan, construed as a motion for leave to withdraw, *see* NEGenR 1.3(f), is granted.  Plaintiffs will continue to be represented by Kenneth P. Kula of Shook, Hardy & Bacon, L.L.P.

       **IT IS SO ORDERED.**

       **DATED October 31, 2005.**

                                       **BY THE COURT:**

                                       **s/ F.A. Gossett**
                                       **United States Magistrate Judge**