IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UMG RECORDINGS, ELEKTRA ENTERTAINMENT GROUP, BMG MUSIC, and SONY BMG MUSIC ENTERTAINMENT, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV302 |
| v. | ) ) | ORDER TO SHOW CAUSE |
| SANDRA GOSSETT, | ) ) | |
| Defendant. | ) ) | |

This matter is before the magistrate judge for full pretrial supervision. On October 18, 2005, the defendant was given until and including November 23, 2005 to answer or otherwise plead, and the parties' Rule 26(f) reporting deadline was extended to December 1, 2005. The defendant filed an untimely answer on December 1, 2005 and the parties have not filed any planning report.

**IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report by the close of business on **December 30, 2005**, or show cause by written affidavit why they cannot do so.

**DATED December 8, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**