# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UMG RECORDINGS, ELEKTRA ENTERTAINMENT GROUP, BMG MUSIC, and SONY BMG MUSIC ENTERTAINMENT, | ) ) ) ) ) | |
| Plaintiffs, | ) | 8:05CV302 |
| v. | ) ) ) | ORDER |
| SANDRA GOSSETT, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on defendant's unopposed motion for extension of time to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Upon the representation that the purpose of the motion is to facilitate settlement discussions,

**IT IS ORDERED** that defendant's motion (#22) is granted, and defendant is given until February 16, 2006 to serve mandatory disclosures pursuant to Fed. R. Civ. P. 26(a)(1). All other progression order deadlines (see #21) are expressly reaffirmed.

**DATED** January 13, 2006.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        United States Magistrate Judge