# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UMG RECORDINGS, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:05CV302** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SANDRA GOSSETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge by defense counsel, Denise Mazour,

**IT IS ORDERED:**

1. On or before **May 16, 2006**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The planning conference now set for April 17, 2006 is cancelled upon the representation that this case is settled.

**DATED April 14, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**